Michael Gallagher
Patricia Gallagher
546 Polikoff Road
Ashley Falls, Ma 01222
Phone: 413-229-5928

Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUETTS

05-30032-KPN

| | |
|---|---|
| Michael Gallagher Patricia Gallagher, Plaintiffs v. Patrick Dillon, and ANY AND ALL DOES, each in their Individual Capacity, Defendants | Case No. _____ TITLE 42, § 1983 COMPLAINT FOR CIVIL RIGHTS DAMAGES TRIAL BY JURY DEMANDED VERIFIABLE ARTICLE III JUDGE AND COURT DEMANDED |

Comes Now the above named Plaintiffs and submit this TITLE 42, § 1983 COMPLAINT FOR CIVIL RIGHTS DAMAGES as follows:

Plaintiffs at all times claim all their rights and specifically claim the following rights:

1. The right to amend this complaint as needed;

2. The right to a Trial by jury; and

3. The right to a verifiable true Article III Judge and Court to preside over this instant case.

**JURISDICTION AND VENUE**

1. Plaintiffs invoke this Court's jurisdiction pursuant to Title 42, U.S.C., § 1983 and the Constitution for the United States of America, 4th, 5TH and 14th Amendments.

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES              1

2. The Plaintiffs further invoke the jurisdiction of this Court pursuant to Title 28, U.S.C., §§ 1331 and 1343(a)(3)(4).

3. The action is within the statute of limitations for time to allege <u>fraud and conspiracy to commit fraud</u>, and all the damages and causes of action have occurred within the venue and jurisdiction of this Honorable Court.

**PARTIES**

4. Plaintiffs, Michael Gallagher and Patricia Gallagher, are Citizens of the United States of America and Massachusetts and are over the age of eighteen (18). Plaintiffs live in Berkshire county, Massachusetts.

5. Defendant, Internal Revenue Service (IRS) Agent Patrick Dillon employee ID#: 04-02237 (Dillon), in his individual capacity, is over the age of eighteen (18) and at all times relevant to this complaint, was presumably employed by the IRS and acting under color of law in his individual capacity. Said Defendant is enriched, rewarded and compensated for his official capacity as an IRS employee, and is being sued herein in his individual capacity.

**NATURE OF THE CASE**

6. This is a civil rights action for declaratory relief and money damages. The Plaintiffs were denied their rights to:

   a. Equal protection of the laws of Massachusetts and the United States;

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES                2

    b. Rights reserved or retained under the Constitution of Massachusetts

    c. Not to be deprived of life, liberty, or property without just compensation;

    d. Not to be deprived of life, liberty, or property without due process of law.

7. Defendant acted beyond his delegation of authority and acted under the disguise of color of law by acting in concert to trespass on private property with malicious intent under color of law without judicial or peace officer authority (due process).

8. Further, Defendant conspired to deprive Plaintiffs of their private property by exercising powers beyond his administrative and delegated authority in that:

    a. Said Defendant Dillon, without authority, did sign and issue three (3) fraudulent Notices of Levy, one (1) form 668-W(ICS) and two (2) form 668-A(ICS);

    b. Serve said fraudulent Notices of Levy to Plaintiffs' Employer and Banks knowing that said Notices of Levy were only applicable to Federal Employees;

    c. Attempt to serve said fraudulent Notices of Levy as if they had the force of a judicial order; and

    d. Act in concert to trespass on private property with malicious intent under color of law without judicial

order (due process).

9. All of these actions by the Defendant led up to:

a. The unlawful taking, by way of these fraudulent IRS Notices of Levy, of Plaintiffs':

   i. Personal property — Personal/private funds in Plaintiffs' personal bank account; $1485.30 was taken from NewMil Bank in New Milford, CT;

   ii. Personal property — Personal/private funds in Plaintiffs' personal bank account; $100.00 was taken from USAA Federal Savings Bank in San Antonio, TX;

**STATEMENT OF FACTS**

10. Paragraphs 1 through 9 of this complaint are incorporated herein by this reference as if fully reproduced herein in their entirety.

11. Each and every act alleged in this complaint was perpetrated against the will of the Plaintiffs and without their consent.

12. Plaintiffs have never been Employees of the Federal Government.

13. On or about January 3, 2005 Defendant Dillon, an IRS Agent, issued a signed fraudulent Title 26, U.S.C., § 6331 Notice of Levy Order (Form 668-W(ICS)) to Plaintiffs' employer Seeds Company Inc levying Plaintiffs' compensation.

   a. Plaintiffs' Employer Seeds Company Inc will comply

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES                4

with said fraudulent IRS Notice of Levy issued under color of law.

14. On or about January 3, 2005 Defendant Dillon an Agent issued a signed fraudulent Title 26, U.S.C., § 6331 Notice of Levy Order (Form 668-A(ICS)) to Newmil Bank levying Plaintiffs' bank account.

15. On or about January 5, 2005 Newmil Bank withdrew all the funds from our account and will comply with said Notice of Levy, issued under color of law, on January 26, 2005.

16. Defendant Dillon an Agent issued a signed fraudulent Title 26, U.S.C., § 6331 Notice of Levy Order (Form 668-A (ICS)) to USAA Federal Savings Bank levying Plaintiffs' bank account.

17. On or about January 11, 2005 USAA Federal Savings Bank put a hold on our account and will comply with said Notice of Levy, issued under color of law, on January 31, 2005.

### FEDERAL CAUSES OF ACTION

18. The herein above described actions and omissions engaged under color of Federal authority by the Defendant, including Defendant's employers, peers and ALL OTHER DOES, sued as persons, responsible because of their authorization, assistance, condoning, knowledge of the conspiracy to commit fraud, and/or ratification thereof for the acts of their employees, their peers, and ALL OTHER DOES, being public servants, deprived Plaintiffs of their rights secured to them

and expected by them pursuant to the Constitution for the United States of America in its entirety including but not limited to the Plaintiffs' Fourth Amendment right to be free from the unlawful seizure of their person, house, papers, and effects; and Plaintiffs' Fifth and Fourteenth Amendment rights to equal protection and to due process under the law.

19. FIRST CAUSE: Plaintiffs' Fourth Amendment rights to be free from unreasonable seizure were violated when the said federal actors (Defendants) did not charge the proper authorities within the IRS to acquire the proper authorization to seize private property with probable cause and a judicial determination (due process), and then did not inform and coordinate their activities within the law. Thus, Defendants acted with malice to commit <u>fraud and conspiracy to commit fraud</u>, on behalf of the federal government without judicial consent, outside of their jurisdiction, and carried out by persons other than statutorily created peace officers with delegated authority.

20. SECOND CAUSE: Plaintiffs' Fourth Amendment rights to be secure in their house, papers, and effects from unreasonable or violent unprovoked attacks, as unreasonable searches and seizures by defendants were violated by each and every Defendants' actions either directly or indirectly.

21. THIRD CAUSE: Plaintiffs' Fifth and Fourteenth

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES                    6

Amendment rights to due process were violated by Defendants who either physically assisted in this abduction of Plaintiffs' personal property or who were assisted by others and Plaintiffs will prove such as Plaintiffs proceed through discovery. Defendant used a false filing for the purpose of committing <u>fraud and conspiracy to commit fraud</u>, without a warrant, taking possession of the Plaintiffs' property, having knowledge of such wrong doings, conspired therefore to, and had the power to prevent such acts, for which said Defendant is liable for all damages thereby incurred.

22. FOURTH CAUSE: By purposely omitting any reference to Title 26, U.S.C., § 6331(a) on the reverse side of the fraudulent IRS Notices of Levy (form 668-W (ICS)), and (Form 668-A(ICS)), Defendant concealed the fact that Title 26, U.S.C., § 6331 Levies apply only to Federal Employees and not to private Citizens.

**INJURY TO PLAINTIFFS**

23. Said fraudulent IRS Notices of Levy filed by Defendant injured Plaintiffs as follows:

    a. Personal property in the amount of $1585.30 was taken from Plaintiffs' bank accounts under color of law;

24. Said actions by Defendant against the Plaintiffs' personal and real property were conducted by said DEFENDANT HEREIN and ANY AND ALL DOES who assisted in such actions.

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES    7

25. Said actions by Defendant and ANY AND ALL DOES where carried out maliciously and with total disregard to due process in a manner consistent with the rules governing <u>fraud and conspiracy to commit fraud</u>.

26. Said Defendant and other culpable DOES were, at the time of the illegal seizures and the issuing of the fraudulent Notices of Levy, IRS employees, AND NOT AUTHORIZED TO SEIZE PROPERTY WITHIN Massachusetts.

27. Said acts of Defendant and ANY AND ALL DOES constitute <u>fraud and conspiracy to commit fraud</u> by knowingly and willingly preparing administrative paperwork for the purpose of misrepresenting themselves as ones having the power to seize private property without probable cause and/or a judicial determination (due process).

28. Said acts of Defendant were perpetrated for the purpose of depriving, either directly or indirectly, Plaintiffs of their property and equal protection of the law with no concern for due process or even common decency.

29. ANY AND ALL DOES includes any and all who were involved with the invasion, seizure and capture of Plaintiffs' private property and the issuing of said fraudulent Notices of Levy, or the eventual seizure of Plaintiffs' private property, who either assisted with the invasion or fraudulent captures, and had either a duty to perform on Plaintiffs' behalf, or had a

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES           8

duty to not perform on behalf of the IRS, and acted unlawfully thereto, whose actions or inactions, caused or allowed to be caused, the ensuing unlawful invasion or captures by IRS employees who are not peace officers and are not authorized by statute to issue Levies to non-Federal Employees, serve warrants, make arrests, or otherwise seize private property without due process which would include probable cause and a judicial determination. These unnamed, unidentified DOES had the power to prevent and/or aid in the prevention of the commission of the fraudulent capture and/or invasion of Plaintiffs' private property, and did not act to prevent the same, nor did they aid the Plaintiffs on their behalf in these acts of fraud perpetrated by DEFENDANTS herein.

**PRAYER FOR RELIEF**

PLAINTIFFS, wherefore demand the following relief jointly and severally against all the Defendants in their individual capacities:

1. Compensatory damages against all Defendants inclusively in the amount of $1585.30; which represent the seizure of $1,585.30 from Plaintiffs' private bank accounts;

2. Punitive damages against all defendants inclusively in the amount of two hundred and fifty thousand dollars ($250,000.00) for pain and suffering caused to Plaintiffs due to:

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES                9

   a. Theft of Plaintiffs' private property by said Defendants under color of law; and

   b. Plaintiffs' inability to pay their mortgage on their home due to the illegal Levy of Plaintiffs' private property.

3. Attorney's fees, if an attorney is hired to assist pursuant to Title 42, U.S.C., § 1988, and all costs in filing this complaint and filing this action and all out of pocket expenses in relation to this action.

4. Any and all other relief which this Court deems appropriate.

5. Declaratory judgment for the actions of Defendant and ANY AND ALL DOES who acted either under color of law or totally outside the law and who clearly violated well established law and principles of human and civil rights against the Plaintiffs by conspiring to commit fraud, and/or other crimes as this Court deems adjudged.

### Plaintiffs Claim and Retain All Their Rights

Plaintiffs at all times claim all their rights, waiving none and specifically claim the following rights:

1. The right to amend this complaint as needed;

2. The right to a Trial by jury; and

3. The right to a verifiable true Article III Judge and Court to preside over this instant case.

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES          10

1  Executed this 31st day of January, 2005.

2

3  _____
   Michael Gallagher, Pro se

4

5  _____
   Patricia Gallagher, Pro se

TITLE 42 § 1983 COMPLAINT
FOR CIVIL RIGHTS DAMAGES                11

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gallagher Michael
Patricia Gallagher

**DEFENDANTS**
Dillon Patrick

(b) County of Residence of First Listed Plaintiff: **Berkshire**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 42, & 1983

Brief description of cause:
Complaint for Civil Rights Damages

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 01/31/2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Michael Gallagher-- Vs-- Patrick Dillon__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

   ___ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ___   NO ✓

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ___   NO ✓

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ___   NO ___

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ___   NO ✓

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ___   NO ✓

   A.  If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ___   Central Division ___   Western Division ___

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ___   Central Division ___   Western Division ✓

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ___   NO ___

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Michael Gallagher__
ADDRESS __546 Polikoff Road Ashley Falls, Massachusetts 01222__
TELEPHONE NO. __413-229-5928__

(Coversheetlocal.wpd - 10/17/02)