AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of MASSACHUSETTS

Michael Gallagher and Patricia Gallagher

**SUMMONS IN A CIVIL CASE**

V.

Patrick Dillon

CASE 05-30032-KPN

TO: (Name and address of Defendant)

Patrick Dillon
1 Montvale Avenue
Stoneham, Ma 02180-3567

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Gallagher
546 Polikoff Road
Ashley Falls, Ma 01222

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    2/1/05
CLERK                                           DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/14/05 |
| NAME OF SERVER (PRINT) JAMES BAKER | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SUB SERVED ON MICHAEL MARCIELLO ON HIS BEHALF AT 12:10 PM. BADGE # 04-0054 AT HIS PLACE OF WORK.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/14/05      *James Baker*
                Date            Signature of Server

CC FENTON HVE LYNN, MA 01905
Address of Server

**CONSTABLE JAMES BAKER**
**APPOINTMENT EXPIRES 12/03/07**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.