```
Michael Gallagher
Patricia Gallagher
546 Polikoff Road
Ashley Falls, Ma 01222
Phone: 413-229-5928
Pro Se
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael Gallagher and Patricia Gallagher<br>　　　　　Plaintiffs<br>v.<br>Patrick Dillon and ANY AND ALL DOES, each in their Individual Capacity,<br>　　　　　Defendants | Case No. 05-30032-KPN<br><br>CERTIFICATE OF SERVICE |

My name is Cristopher Gallagher and I hereby certify that I have been appointed by the Plaintiffs in this instant case as a process server pursuant to Rule 4.1.

I further certify that a copy of the "Complaint of Civil Rights Damages" was caused to be served on the INTERNAL REVENUE SERVICE pursuant to FRCP Rule 4(i)(C) by causing a copy of the same to be delivered on February 7, 2005 by Untied States Certified Mail #: 7003-3110-0001-0764-3189 to the following person and address:

//////////////////

```
        Mark W. Everson
        Commissioner of the IRS
        1111 Constitution Ave., NW
        Washington, D.C.
```

CERTIFICATE OF SERVICE                           1

1     The proof of delivery is hereto attached and adopted herein
2 by reference.

3     Executed this 7th day of February 2005.

*[signature]*

Cristopher Gallagher
One Breed-U-3
Woburn, Ma 01801
Phone: 603-765-6050

CERTIFICATE OF SERVICE     2

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0804 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KC2KJC |
| Total Postage & Fees | $ 5.11 | 02/24/05 |

7003 3110 0001 0764 3196

Sent To: ATTORNEY GEN ALBERTO GONZALES
Street, Apt. No.; or PO Box No.: US DEPT OF JUSTICE- 950 PENN AVE, NW
City, State, ZIP+4: WASHINGTON D.C. 20004

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0804 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KC2KJC |
| Total Postage & Fees | $ 5.11 | 02/24/05 |

7003 3110 0001 0764 3219

Sent To: MARK EVERSON COMM- OF IRS
Street, Apt. No.; or PO Box No.: 1111 CONSTITUTION AVE, N.W.
City, State, ZIP+4: WASHINGTON, D.C. 20004

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0804 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KC2KJC |
| Total Postage & Fees | $ 5.11 | 02/24/05 |

7003 3110 0001 0764 3240

Sent To: U.S. ATTORNEY MICHAEL J. SULLIVAN
Street, Apt. No.; or PO Box No.: 1550 MAIN ST.    Room # 310
City, State, ZIP+4: SPRINGFIELD, MA 01103

PS Form 3800, June 2002    See Reverse for Instructions

---



```
***** WELCOME TO *****
      QUEENSBURY BRANCH
   QUEENSBURY  NY  12804-1749
       02/24/05  08:47AM

Store   USPS         Trans      7
Wkstn   sys5003      Cashier    KC2KJC
Cashier's Name       DAVID
Stock Unit Id        WINDAVI
PO Phone Number      518-745-4500
USPS #               3500630804

1. First Class                     5.11
   Destination:    01103
   Weight:         3.20 oz.
   Postage Type:   PVI
   Total Cost:     5.11
   Base Rate:      1.06
           SERVICES
   Certified Mail                  2.30
     70033110000107643240
   Rtn Recpt (Green Card)          1.75
2. First Class                     5.11
   Destination:    20004
   Weight:         3.20 oz.
   Postage Type:   PVI
   Total Cost:     5.11
   Base Rate:      1.06
           SERVICES
   Certified Mail                  2.30
     70033110000107643196
   Rtn Recpt (Green Card)          1.75
3. First Class                     5.11
   Destination:    20004
   Weight:         3.20 oz.
   Postage Type:   PVI
   Total Cost:     5.11
   Base Rate:      1.06
           SERVICES
   Certified Mail                  2.30
     70033110000107643219
   Rtn Recpt (Green Card)          1.75

Subtotal                          15.33
Total                             15.33

Cash                              15.38
Change Due
   Cash                            0.05

Number of Items Sold: 3

WINDOWS CLOSED? NEED TO MAIL A PACKAGE
  OR BUY STAMPS WHEN WE ARE CLOSED?
 TRY THE AUTOMATED POSTAL CENTER-APC
OPEN 24/7 -  IN THE GLENS FALLS LOBBY
   THANK YOU FOR CHOOSING THE USPS
```