1  Michael Gallagher
   Patricia Gallagher
2  546 Polikoff Road
   Ashley Falls, Ma 01222
3  Phone: 413-229-5928

4  Pro Se

5              UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF MASSACHUSETTS
6

7  Michael Gallagher and         )
   Patricia Gallagher            )  Case No. 05-30032-KPN
8                   Plaintiffs   )
                                 )
9  v.                            )
                                 )
10 Patrick Dillon and ANY AND ALL)
   DOES, each in their Individual)
11 Capacity,                     )  CERTIFICATE OF SERVICE
                    Defendants   )
12 _____)

13     My name is Cristopher Gallagher and I hereby certify that I
14 have been appointed by the Plaintiffs in this instant case as a
15 process server pursuant to Rule 4.1.
16     I further certify that a copy of the "Complaint for Civil
17 Rights Damages" was caused to be served on the UNITED STATES by
18 causing a copy of the same to be delivered on February 7, 2005 by
19 Untied States Certified Mail #: 7003-3110-0001-0764-3189 to the
20 following person and address:
21 ///////////////////
22
23       Mr. Alberto Gonzales
         Attorney General of the United States
24       U.S. Dept. of Justice
         950 Pennsylvania Ave, NW
25
26 CERTIFICATE OF SERVICE                1

1      Washington, D.C.

2    The proof of delivery is hereto attached and adopted herein

3 by reference.

4    Executed this 7th day of February 2005.

```
                                    _____
                                    Cristopher Gallagher
                                    One Beed-U-3
                                    Woburn, Ma 01801
                                    Phone: 603-765-6050
```

CERTIFICATE OF SERVICE            2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20004

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0804 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KC2KJC |
| Total Postage & Fees | $ 5.11 | 02/24/05 |

7003 3110 0001 0764 3196

Sent To: ATTORNEY GEN ALBERTO GONZALES
Street, Apt. No.; or PO Box No.: US DEPT OF JUSTICE-950 PENN AVE, N.W.
City, State, ZIP+4: WASHINGTON D.C. 20004

PS Form 3800, June 2002   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20004

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0804 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KC2KJC |
| Total Postage & Fees | $ 5.11 | 02/24/05 |

7003 3110 0001 0764 3219

Sent To: MARK EVERSON COMM- OF IRS
Street, Apt. No.; or PO Box No.: 1111 CONSTITUTION AVE, N.W.
City, State, ZIP+4: WASHINGTON, D.C. 20004

PS Form 3800, June 2002   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
SPRINGFIELD MA 01103

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0804 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KC2KJC |
| Total Postage & Fees | $ 5.11 | 02/24/05 |

7003 3110 0001 0764 3240

Sent To: U.S. ATTORNEY MICHAEL J. SULLIVAN
Street, Apt. No.; or PO Box No.: 1550 MAIN ST. Room # 310
City, State, ZIP+4: SPRINGFIELD, MA 01103

PS Form 3800, June 2002   See Reverse for Instructions

---



**UNITED STATES POSTAL SERVICE**

***** WELCOME TO *****
QUEENSBURY BRANCH
QUEENSBURY, NY 12804-1749
02/24/05 08:47AM

```
Store    USPS          Trans     7
Wkstn    sys5003       Cashier   KC2KJC
Cashier's Name         DAVID
Stock Unit Id          WINDAVI
PO Phone Number        518-745-4500
USPS #                 3500630804

1. First Class                       5.11
   Destination:   01103
   Weight:        3.20 oz.
   Postage Type:  PVI
   Total Cost:    5.11
   Base Rate:     1.06
         SERVICES
   Certified Mail                    2.30
      70033110000107643240
   Rtn Recpt (Green Card)            1.75
2. First Class                       5.11
   Destination:   20004
   Weight:        3.20 oz.
   Postage Type:  PVI
   Total Cost:    5.11
   Base Rate:     1.06
         SERVICES
   Certified Mail                    2.30
      70033110000107643196
   Rtn Recpt (Green Card)            1.75
3. First Class                       5.11
   Destination:   20004
   Weight:        3.20 oz.
   Postage Type:  PVI
   Total Cost:    5.11
   Base Rate:     1.06
         SERVICES
   Certified Mail                    2.30
      70033110000107643219
   Rtn Recpt (Green Card)            1.75

Subtotal                            15.33
Total                               15.33

Cash                                15.38
Change Due
   Cash                              0.05

Number of Items Sold: 3

WINDOWS CLOSED? NEED TO MAIL A PACKAGE
    OR BUY STAMPS WHEN WE ARE CLOSED?
 TRY THE AUTOMATED POSTAL CENTER-APC
 OPEN 24/7 -  IN THE GLENS FALLS LOBBY
    THANK YOU FOR CHOOSING THE USPS
```