1  Michael Gallagher
   Patricia Gallagher
2  546 Polikoff Road
   Ashley Falls, Ma 01222
3  Phone: 413-229-5928

4  Pro Se

5          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF MASSACHUSETTS
6

7  Michael Gallagher and          )
   Patricia Gallagher             )  Case No. 05-30032-KPN
8              Plaintiffs         )
                                  )
9  v.                             )
                                  )
10 Patrick Dillon and ANY AND ALL )
   DOES, each in their Individual )
11 Capacity,                      )  CERTIFICATE OF SERVICE
               Defendants         )
12 _____)

13     My name is Cristopher Gallagher and I hereby certify that I

14 have been appointed by the Plaintiffs in this instant case as a

15 process server pursuant to Rule 4.1.

16     I further certify that a copy of the "Complaint for Civil

17 Rights Damages" was caused to be served on the UNITED STATES by

18 causing a copy of the same to be delivered on February 7, 2005 by

19 Untied States Certified Mail #: 7003-3110-0001-0764-3189 to the

20 following person and address:

21 /////////////////////

22

23        Michael J. Sullivan
          U.S. Attorney
24        Federal Building and Courthouse
          1550 Main St.,
25

26 CERTIFICATE OF SERVICE            1

1  Room #310
   Springfield, Ma 01103
2
   The proof of delivery is hereto attached and adopted herein
3
by reference.
4
   Executed this 7th day of February 2005.
5

6

7  _____
   Cristopher Gallagher
   One Beed-U-3
8  Woburn, Ma 01801
   Phone: 603-765-6050
9

CERTIFICATE OF SERVICE                    2

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7003 3110 0001 0764 3196

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0804 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KC2KJC |
| Total Postage & Fees | $ 5.11 | 02/24/05 |

Sent To: ATTORNEY GEN ALBERTO GONZALES
Street, Apt No. or PO Box No.: US DEPT OF JUSTICE - 950 PENN AVE, NW
City, State, ZIP+4: WASHINGTON, D.C. 20004

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**

7003 3110 0001 0764 3219

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0804 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee | 1.75 | |
| Restricted Delivery Fee | | Clerk: KC2KJC |
| Total Postage & Fees | $ 5.11 | 02/24/05 |

Sent To: MARK EVERSON COMM - OF IRS
Street/PO Box: 1111 CONSTITUTION AVE., N.W.
City: WASHINGTON, D.C. 20004

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**

7003 3110 0001 0764 3240

| | | |
|---|---|---|
| Postage | $ 1.06 | UNIT ID: 0804 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee | 1.75 | |
| Restricted Delivery Fee | | Clerk: KC2KJC |
| Total Postage & Fees | $ 5.11 | 02/24/05 |

Sent To: U.S. ATTORNEY MICHAEL J. SULLIVAN
Street/PO Box: 1550 MAIN ST. Room # 310
City: SPRINGFIELD, MA 01103



```
***** WELCOME TO *****
     QUEENSBURY BRANCH
    QUEENSBURY, NY 12804-1749
        02/24/05 08:47AM

Store    USPS         Trans     7
Wkstn    sys5003      Cashier   KC2KJC
Cashier's Name        DAVID
Stock Unit Id         WINDAVI
PO Phone Number       518-745-4500
USPS #                3500630804

 1. First Class                    5.11
      Destination:   01103
      Weight:        3.20 oz.
      Postage Type:  PVI
      Total Cost:    5.11
      Base Rate:     1.06
             SERVICES
      Certified Mail               2.30
        70033110000107643240
      Rtn Recpt (Green Card)       1.75
 2. First Class                    5.11
      Destination:   20004
      Weight:        3.20 oz.
      Postage Type:  PVI
      Total Cost:    5.11
      Base Rate:     1.06
             SERVICES
      Certified Mail               2.30
        70033110000107643196
      Rtn Recpt (Green Card)       1.75
 3. First Class                    5.11
      Destination:   20004
      Weight:        3.20 oz.
      Postage Type:  PVI
      Total Cost:    5.11
      Base Rate:     1.06
             SERVICES
      Certified Mail               2.30
        70033110000107643219
      Rtn Recpt (Green Card)       1.75

Subtotal                          15.33
Total                             15.33

Cash                              15.38
Change Due
  Cash                             0.05

Number of Items Sold: 3

WINDOWS CLOSED? NEED TO MAIL A PACKAGE
   OR BUY STAMPS WHEN WE ARE CLOSED?
 TRY THE AUTOMATED POSTAL CENTER-APC
 OPEN 24/7 - IN THE GLENS FALLS LOBBY
   THANK YOU FOR CHOOSING THE USPS
```