```
 1  Michael Gallagher
    Patricia Gallagher
 2  546 Polikoff Road
    Ashley Falls, Ma 01222
 3  Phone: 413-229-5928

 4  Pro Se

 5           UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF MASSACHUETTS
 6
                                    )
 7  Michael Gallagher               ) Case No. C5-30032-KPN
    Patricia Gallagher,             )
 8                                  )
                     Plaintiffs     ) AMENDED TITLE 42, § 1983
                                    ) BIVENS COMPLAINT FOR CIVIL
 9  v.                              )    RIGHTS DAMAGES
                                    )
10  Patrick Dillon, and ANY AND     )  TRIAL BY JURY DEMANDED
    ALL DOES, each in their         )
11  Individual Capacity,            )       VERIFIABLE
                     Defendants     )    ARTICLE III JUDGE
12  _____ )    AND COURT DEMANDED

13       Comes Now the above named Plaintiffs and submit this

14  AMENDED TITLE 42, § 1983 BIVENS COMPLAINT FOR CIVIL RIGHTS

15  DAMAGES as follows:

16       Plaintiffs at all times claim all their rights and

17  specifically claim the following rights:

18       1. The right to amend this complaint as needed;

19       2. The right to a Trial by jury; and

20       3. The right to a verifiable true Article III Judge and

21  Court to preside over this instant case.

22                    JURISDICTION AND VENUE

23       1. Plaintiffs invoke this Court's jurisdiction pursuant to

24

25  AMENDED TITLE 42 § 1983
    BIVENS COMPLAINT FOR CIVIL
    RIGHTS DAMAGES                  1
26
```

Title 42, U.S.C., § 1983 and the Constitution for the United States of America, 4th, 5th and 14th Amendments.

2. The Plaintiffs further invoke the jurisdiction of this Court pursuant to Title 28, U.S.C., §§ 1331 and 1343(a)(3)(4).

3. The action is within the statute of limitations for time to allege <u>fraud and conspiracy to commit fraud</u>, and all the damages and causes of action have occurred within the venue and jurisdiction of this Honorable Court.

**PARTIES**

4. Plaintiffs, Michael Gallagher and Patricia Gallagher, are Citizens of the United States of America and Massachusetts and are over the age of eighteen (18). Plaintiffs live in Berkshire county, Massachusetts.

5. Defendant, Internal Revenue Service (IRS) Agent Patrick Dillon employee ID#: 04-02237 (Dillon), in his individual capacity, is over the age of eighteen (18) and at all times relevant to this complaint, was presumably employed by the IRS and acting under color of law in his individual capacity. Said Defendant is enriched, rewarded and compensated for his official capacity as an IRS employee, and is being sued herein in his individual capacity.

**NATURE OF THE CASE**

6. This is a civil rights action for declaratory relief and

AMENDED TITLE 42 § 1983
BIVENS COMPLAINT FOR CIVIL
RIGHTS DAMAGES                2

money damages. The Plaintiffs were denied their rights to:

    a. Equal protection of the laws of Massachusetts and the United States;

    b. Rights reserved or retained under the Constitution of Massachusetts

    c. Not to be deprived of life, liberty, or property without just compensation;

    d. Not to be deprived of life, liberty, or property without due process of law.

7. Defendant acted beyond his delegation of authority and acted under the disguise of color of law by acting in concert to trespass on private property with malicious intent under color of law without judicial or peace officer authority (due process).

8. Further, Defendant conspired to deprive Plaintiffs of their private property by exercising powers beyond his administrative and delegated authority in that:

    a. Said Defendant Dillon, without authority, did sign and issue three (3) fraudulent Notices of Levy, one (1) form 668-W(ICS) and two (2) form 668-A(ICS);

    b. Serve said fraudulent Notices of Levy to Plaintiffs' Employer and Banks knowing that said Notices of Levy were only applicable to Federal Employees;

AMENDED TITLE 42 § 1983
BIVENS COMPLAINT FOR CIVIL
RIGHTS DAMAGES    3

      c. Attempt to serve said fraudulent Notices of Levy as if they had the force of a judicial order; and

      d. Act in concert to trespass on private property with malicious intent under color of law without judicial order (due process).

9. All of these actions by the Defendant led up to:

      a. The unlawful taking, by way of these fraudulent IRS Notices of Levy, of Plaintiffs':

          i. Personal property — Personal/private funds in Plaintiffs' personal bank account; $1485.30 was taken from NewMil Bank in New Milford, CT;

          ii. Personal property — Personal/private funds in Plaintiffs' personal bank account; $100.00 was taken from USAA Federal Savings Bank in San Antonio, TX;

**STATEMENT OF FACTS**

10. Paragraphs 1 through 9 of this complaint are incorporated herein by this reference as if fully reproduced herein in their entirety.

11. Each and every act alleged in this complaint was perpetrated against the will of the Plaintiffs and without their consent.

12. Plaintiffs have never been Employees of the Federal Government.

AMENDED TITLE 42 § 1983
BIVENS COMPLAINT FOR CIVIL
RIGHTS DAMAGES                  4

13. On or about January 3, 2005 Defendant Dillon, an IRS Agent, issued a signed fraudulent Title 26, U.S.C., § 6331 Notice of Levy Order (Form 668-W(ICS)) to Plaintiffs' employer Seeds Company Inc levying Plaintiffs' compensation.

    a. Plaintiffs' Employer Seeds Company Inc will comply with said fraudulent IRS Notice of Levy issued under color of law.

14. On or about January 3, 2005 Defendant Dillon an Agent issued a signed fraudulent Title 26, U.S.C., § 6331 Notice of Levy Order (Form 668-A(ICS)) to Newmil Bank levying Plaintiffs' bank account.

15. On or about January 5, 2005 Newmil Bank withdrew all the funds from our account and will comply with said Notice of Levy, issued under color of law, on January 26, 2005.

16. Defendant Dillon an Agent issued a signed fraudulent Title 26, U.S.C., § 6331 Notice of Levy Order (Form 668-A (ICS)) to USAA Federal Savings Bank levying Plaintiffs' bank account.

17. On or about January 11, 2005 USAA Federal Savings Bank put a hold on our account and will comply with said Notice of Levy, issued under color of law, on January 31, 2005.

### FEDERAL CAUSES OF ACTION

18. The herein above described actions and omissions engaged under color of Federal authority by the Defendant,

AMENDED TITLE 42 § 1983
BIVENS COMPLAINT FOR CIVIL
RIGHTS DAMAGES      5

including Defendant's employers, peers and ALL OTHER DOES, sued as persons, responsible because of their authorization, assistance, condoning, knowledge of the conspiracy to commit fraud, and/or ratification thereof for the acts of their employees, their peers, and ALL OTHER DOES, being public servants, deprived Plaintiffs of their rights secured to them and expected by them pursuant to the Constitution for the United States of America in its entirety including but not limited to the Plaintiffs' Fourth Amendment right to be free from the unlawful seizure of their person, house, papers, and effects; and Plaintiffs' Fifth and Fourteenth Amendment rights to equal protection and to due process under the law.

19. FIRST CAUSE: Plaintiffs' Fourth Amendment rights to be free from unreasonable seizure were violated when the said federal actors (Defendants) did not charge the proper authorities within the IRS to acquire the proper authorization to seize private property with probable cause and a judicial determination (due process), and then did not inform and coordinate their activities within the law. Thus, Defendants acted with malice to commit <u>fraud and conspiracy to commit fraud</u>, on behalf of the federal government without judicial consent, outside of their jurisdiction, and carried out by persons other than statutorily created peace officers with

delegated authority.

20. SECOND CAUSE: Plaintiffs' Fourth Amendment rights to be secure in their house, papers, and effects from unreasonable or violent unprovoked attacks, as unreasonable searches and seizures by defendants were violated by each and every Defendants' actions either directly or indirectly.

21. THIRD CAUSE: Plaintiffs' Fifth and Fourteenth Amendment rights to due process were violated by Defendants who either physically assisted in this abduction of Plaintiffs' personal property or who were assisted by others and Plaintiffs will prove such as Plaintiffs proceed through discovery. Defendant used a false filing for the purpose of committing fraud and conspiracy to commit fraud, without a warrant, taking possession of the Plaintiffs' property, having knowledge of such wrong doings, conspired therefore to, and had the power to prevent such acts, for which said Defendant is liable for all damages thereby incurred.

22. FOURTH CAUSE: By purposely omitting any reference to Title 26, U.S.C., § 6331(a) on the reverse side of the fraudulent IRS Notices of Levy (form 668-W (ICS)), and (Form 668-A(ICS)), Defendant concealed the fact that Title 26, U.S.C., § 6331 Levies apply only to Federal Employees and not to private Citizens.

## INJURY TO PLAINTIFFS

23. Said fraudulent IRS Notices of Levy filed by Defendant injured Plaintiffs as follows:

    a. Personal property in the amount of $1585.30 was taken from Plaintiffs' bank accounts under color of law;

24. Said actions by Defendant against the Plaintiffs' personal and real property were conducted by said DEFENDANT HEREIN and ANY AND ALL DOES who assisted in such actions.

25. Said actions by Defendant and ANY AND ALL DOES where carried out maliciously and with total disregard to due process in a manner consistent with the rules governing <u>fraud and conspiracy to commit fraud</u>.

26. Said Defendant and other culpable DOES were, at the time of the illegal seizures and the issuing of the fraudulent Notices of Levy, IRS employees, AND NOT AUTHORIZED TO SEIZE PROPERTY WITHIN Massachusetts.

27. Said acts of Defendant and ANY AND ALL DOES constitute <u>fraud and conspiracy to commit fraud</u> by knowingly and willingly preparing administrative paperwork for the purpose of misrepresenting themselves as ones having the power to seize private property without probable cause and/or a judicial determination (due process).

28. Said acts of Defendant were perpetrated for the

AMENDED TITLE 42 § 1983
BIVENS COMPLAINT FOR CIVIL
RIGHTS DAMAGES         8

purpose of depriving, either directly or indirectly, Plaintiffs of their property and equal protection of the law with no concern for due process or even common decency.

29. ANY AND ALL DOES includes any and all who were involved with the invasion, seizure and capture of Plaintiffs' private property and the issuing of said fraudulent Notices of Levy, or the eventual seizure of Plaintiffs' private property, who either assisted with the invasion or fraudulent captures, and had either a duty to perform on Plaintiffs' behalf, or had a duty to not perform on behalf of the IRS, and acted unlawfully thereto, whose actions or inactions, caused or allowed to be caused, the ensuing unlawful invasion or captures by IRS employees who are not peace officers and are not authorized by statute to issue Levies to non-Federal Employees, serve warrants, make arrests, or otherwise seize private property without due process which would include probable cause and a judicial determination. These unnamed, unidentified DOES had the power to prevent and/or aid in the prevention of the commission of the fraudulent capture and/or invasion of Plaintiffs' private property, and did not act to prevent the same, nor did they aid the Plaintiffs on their behalf in these acts of fraud perpetrated by DEFENDANTS herein.

**PRAYER FOR RELIEF**

AMENDED TITLE 42 § 1983
BIVENS COMPLAINT FOR CIVIL
RIGHTS DAMAGES                               9

1    PLAINTIFFS, wherefore demand the following relief jointly
and severally against all the Defendants in their individual
capacities:

1. Compensatory damages against all Defendants inclusively in the amount of $1,585.30; which represent the seizure of $1,585.30 from Plaintiffs' private bank accounts;

2. Punitive damages against all defendants inclusively in the amount of $4,755.90; triple the amount of compensatory damages for pain and suffering caused to Plaintiffs due to:

    a. Theft of Plaintiffs' private property by said
       Defendants under color of law; and

    b. Plaintiffs' inability to pay their mortgage on their
       home due to the illegal Levy of Plaintiffs' private
       property.

3. Attorney's fees, if an attorney is hired to assist pursuant to Title 42, U.S.C., § 1988, and all costs in filing this complaint and filing this action and all out of pocket expenses in relation to this action.

4. Any and all other relief which this Court deems appropriate.

5. Declaratory judgment for the actions of Defendant and ANY AND ALL DOES who acted either under color of law or totally outside the law and who clearly violated well established law

AMENDED TITLE 42 § 1983
BIVENS COMPLAINT FOR CIVIL
RIGHTS DAMAGES              10

and principles of human and civil rights against the Plaintiffs by conspiring to commit fraud, and/or other crimes as this Court deems adjudged.

**Plaintiffs Claim and Retain All Their Rights**

Plaintiffs at all times claim all their rights, waiving none and specifically claim the following rights:

1. The right to amend this complaint as needed;

2. The right to a Trial by jury; and

3. The right to a verifiable true Article III Judge and Court to preside over this instant case.

Executed this 7th day of April, 2005.

_____
Michael Gallagher, Pro se

_____
Patricia Gallagher, Pro se