```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF MASSACHUSETTS

MICHAEL GALLAGHER, and           )
PATRICIA GALLAGHER,              )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )   Civil No. 05-30032-MAP
                                 )
PATRICK DILLON and               )
ANY AND ALL DOES, each in        )
their individual capacity,       )
                                 )
          Defendants.            )
```

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Patrick Dillon. As more fully set forth in the forthcoming United States' Motion to Dismiss, the proper defendant is the United States of America.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Stephen J. Turanchik
                              _____
                              STEPHEN J. TURANCHIK
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 55
                              Ben Franklin Station
                              Washington, D.C.  20044
                              Telephone: (202) 307-6565
                              stephen.j.turanchik@usdoj.gov
```

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Appearance has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 11th day of May, 2005:

>Michael Gallagher
>Patricia Gallagher
>546 Polikoff Road
>Ashley Falls, MA 01222

>/s/ Stephen J. Turanchik
>_____
>STEPHEN J. TURANCHIK
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 307-6565