IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL GALLAGHER, and<br>PATRICIA GALLAGHER,<br><br>        Plaintiffs,<br><br>v.<br><br>PATRICK DILLON and<br>ANY AND ALL DOES, each in<br>their individual capacity,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No. 05-30032-MAP<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in the United States Attorney by the Assistant Attorney General under 28 C.F.R.§ 15.3, hereby certify that I have read the Amended Complaint in this action. On the basis of the information now available with respect to the incidents referred to therein, I find that the individual federal defendant, Patrick Dillon, was acting within the scope of his employment and office as an employee of the United States at the time that the incidents out of which plaintiffs' claims arose occurred.

Dated: May 11, 2005
Boston, MA

MICHAEL J. SULLIVAN
United States Attorney