```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF MASSACHUSETTS

MICHAEL GALLAGHER, and              )
PATRICIA GALLAGHER,                 )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )  Civil No. 05-30032-MAP
                                    )
PATRICK DILLON and                  )
ANY AND ALL DOES, each in           )
their individual capacity, and      )
UNITED STATES OF AMERICA,           )
                                    )
          Defendants.               )
```

## MOTION TO DISMISS

The defendants, Patrick Dillon and the United States of America,[1] through undersigned counsel, pursuant to Rule 12(b)(1), 12(b)(2), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss this action. The grounds for this motion are that, as to any alleged "common-law tort" claims, the United States has been substituted as the defendant for Patrick Dillon, an Internal Revenue Officer, by operation of law upon to the Certification of the United States Attorney under 28 U.S.C. § 2679, and that the United States has not waived its sovereign immunity to be sued in the action, so that this Court has no subject-matter jurisdiction with respect to such claims.

To the extent that the Plaintiffs assert that Revenue Officer Dillon violated their rights secured by the Constitution of the United States (in the nature of a <u>Bivens</u> action), the

---

[1] No appearance is made on behalf of any unidentified and unserved "Doe" defendant.

- 2 -

Plaintiffs have failed to state a claim upon which relief can be granted.[2]

A supporting memorandum of law is served and filed contemporaneously with this motion.

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Stephen J. Turanchik

---

    STEPHEN J. TURANCHIK
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 307-6565
    stephen.j.turanchik@usdoj.gov

---

[2] Additionally, although this issue is neither asserted nor briefed at this time, the action is barred by the qualified immunity of the individual defendant, Patrick Dillon, who does not waive his right to assert that defense by a separate motion.