UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL GALLAGHER and
PATRICIA GALLAGHER
    Plaintiff(s)

v.   CIVIL ACTION: 05-30032-MAP

PATRICK DILLON and UNITED
STATES OF AMERICA,
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    JUDGMENT entered for the Defendants pursuant to the endorsed order of the Court entered this date granting the Defendants' unopposed motion to dismiss this action. .

                                                    SARAH A. THORNTON,
                                                    CLERK OF COURT

Dated: June 3, 2005                          By   /s/ Mary Finn
                                                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                         [jgm.]

Case 3:05-cv-30032-MAP    Document 13    Filed 06/03/2005    Page 2 of 2