Michael Gallagher
Patricia Gallagher
546 Polikoff Road
Ashley Falls, Ma 01222
Phone: 413-229-5928

Pro Se

FILED
IN CLERK'S OFFICE

2005 JUN -7 A 10: 51

U.S. DISTRICT CO...
DISTRICT OF M...

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael Gallagher<br>Patricia Gallagher,<br>      Plaintiffs<br><br>v.<br><br>Patrick Dillon, and ANY AND<br>ALL DOES, each in their<br>Individual Capacity,<br>      Defendants | Case No.<br>05-30032-KPN<br><br>PLAINTIFFS' MOTION TO VACATE<br>AND STRIKE UNITED STATES OF<br>AMERICA'S MOTION TO DISMISS<br>AND PLAINTIFFS' ANSWER IN<br>OPPOSITION TO SAID MOTION TO<br>DISMISS |

Come now the above named Plaintiffs and submit PLAINTIFFS' MOTION TO VACATE AND STRIKE UNITED STATES OF AMERICA'S MOTION TO DISMISS AND PLAINTIFFS' ANSWER IN OPPOSITION TO SAID MOTION TO DISMISS as follows:

**MOTION TO STRIKE "UNITED STATES' MOTION TO DISMISS"**

1. An entity not party to this action, the "United States," or "United States of America" has ostensibly filed a document titled "Motion to Dismiss." Because this entity is not party to this action, i.e. because the Defendants are being sued in their individual capacities, the "Motion to Dismiss" is a trespass on this case, completely extraneous and thus has no material place in this action. As a result, no motion to dismiss has been filed by Defendants and this case is ripe for default judgment or in the alternative Plaintiff should be permitted to proceed with this suit. In

2. In the event Counsel for the United States or the United States of America (Counsel) is also authorized by United States law to be Counsel for the named Defendants in their individual capacities when acting under color of law, Plaintiffs opposes the motion to dismiss on grounds that the Court does have subject matter jurisdiction pursuant to Title 42, § 1983. Further, Counsel has misconstrued and misrepresented the nature of the suit to this honorable Court, then argued on the basis of that misrepresentation, leaving the actual nature of the suit uncontested. In support of this motion, Plaintiffs submit the attached memorandum.

Executed this 31st day of June, 2005.

_____
Michael Gallagher, Pro se

_____
Patricia Gallagher, Pro se