Michael Gallagher
Patricia Gallagher
546 Polikoff Road
Ashley Falls, Ma 01222
Phone: 413-229-5928

Pro Se

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUETTS

| | |
|---|---|
| Michael Gallagher<br>Patricia Gallagher,<br>            Plaintiffs<br>v.<br>Patrick Dillon, and ANY AND<br>ALL DOES, each in their<br>Individual Capacity,<br>            Defendants | Case No. 05-30032-KPN<br><br>PLAINTIFFS' MOTION TO<br>RECONSIDER |

Comes Now the above named Plaintiffs and submit this MOTION TO RECONSIDER as follows:

1. Plaintiffs apologize to the Court for filing PLAINTIFFS' MOTION TO VACATE AND STRIKE UNITED STATES OF AMERICA'S MOTION TO DISMISS AND PLAINTIFFS' ANSWER IN OPPOSITION TO SAID MOTION TO DISMISS (ANSWER IN OPPOSITION) late and for any inconvenience said late filing caused to the Court.

2. Plaintiffs were under the mistaken idea that they had 20 days to respond from the date they received the response from Counsel for the United States (Counsel). Plaintiffs have every intention of prosecuting this case and do not wish to have their right to litigate this case denied because of a procedural error.

3. Plaintiffs filed their ANSWER IN OPPOSITION on

United States.

4.  Given that Plaintiffs are pro se and not professional BAR licensed attorneys (see ANSWER IN OPPOSITION) and in the interest of justice, Plaintiffs hereby move the Court to reconsider its DISMISSAL of this case due entirely to Plaintiffs' inadvertent procedural error.

## PRAYER

**WHEREFORE, Plaintiff prays that an order issue from this Court:**

1.  That the Order previously filed by this Court Dismissing this case be rescinded;

2.  That Counsel's Motion to Dismiss be DENIED in its entirety; and

3.  That this case be allowed to proceed to discovery.

Or in the alternative:

4.  Order Counsel to rebut all the evidence cited in PLAINTIFFS' ANSWER IN OPPOSITION with admissible evidence before Counsel is permitted to continue to file pleadings and allegedly representing Defendants in this case.

5.  That Counsel's Motion to Dismiss be stricken from the record unless Counsel can produce the TDOs wherein the Secretary authorized the Commissioner (and Defendants by position and pay grade) to administer and enforce internal revenue laws within the several 50 states.

6. So as not to waste this Court's time, **<u>if Counsel can produce one current delegation order by the Secretary wherein he has granted to the Commissioner the authority to administer and enforce internal revenue laws within the several 50 states, Plaintiffs will voluntarily withdraw and dismiss this case themselves.</u>**

If said Order of Dismissal is not reversed and Counsel's motion to dismiss is granted in spite of the evidence in PLAINTIFFS' ANSWER IN OPPOSITION, Plaintiffs demand this Court issue a finding of fact and conclusions of law supporting said denial.

Executed this 8th day of June, 2005.

_____
Michael Gallagher, Pro se

_____
Patricia Gallagher, Pro se

## CERTIFICATE OF THIRD-PARTY SERVICE

My name is Thom Whaley and I hereby certify that I have been appointed by Patricia and Michael Gallagher identified in the foregoing documents) to serve said documents and exhibit on a certain party as described below.

I further certify that a copy of the foregoing Documents and Exhibit were caused to be served dated 6-8-05 by United States Mail to the following person and address:

> Stephen J. Turanchik
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55
> Ben Franklin Station
> Washington, D.C. 20044

Thom Whaley
508 Polikoff Rd.
Ashley Falls, [01222]
Massachusetts, non-domestic
Phone: 413-229-8684